IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED-WD
01 FEB 27 PM 4: 14
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MATRIX SERVICE MID CONTINENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AREA RIGGING & MILLWRIGHT SERVICE, INC.; GEMMA POWER SYSTEMS, L.L.C.; INDECK-ROCKFORD, L.L.C.; ROCK RIVER VALLEY INDUSTRIAL PARK, INC.; and UNITED STATES FIDELITY AND GUARANTY COMPANY, <br><br> Defendants. | No. 01 C 50068 |

DOCKETED
FEB 2 8 2001

## COMPLAINT

### COUNT I – BREACH OF CONTRACT

Comes now Plaintiff, MATRIX SERVICE MID CONTINENT, INC., by and through its attorneys, Knapp, Ohl & Green, and for Count I of its Complaint against Defendant, AREA RIGGING & MILLWRIGHT SERVICE, INC., states as follows:

1. Plaintiff is an Oklahoma corporation with its principal place of business in Bristol, Pennsylvania.

2. Upon information and belief, Defendant, Area Rigging & Millwright Service, Inc. (hereinafter referred to as "Area Rigging"), is an Illinois corporation with its principal place of business in Rockford, Illinois.

3. The amount of damages sought by Plaintiff in this matter exceeds $75,000.

4. This Court has original jurisdiction over this matter under 28 U.S.C. §

1332.

5. Plaintiff entered into a contract with Area Rigging whereby Plaintiff provided labor, materials and consumables in the erection of air inlets, exhaust duct work, exhaust stack and filter houses on the Indeck Rockford Energy Center project in Rockford, Illinois.

6. Plaintiff performed all of its obligations under its contract with Area Rigging.

7. Area Rigging has failed to pay the Plaintiff in full for all of the labor, materials and consumables provided by the Plaintiff on the Indeck Rockford Energy Center project, thereby breaching its contract with the Plaintiff.

8. Plaintiff has suffered damages as a result of Area Rigging's breach and is entitled to damages in the amount of $405,201.83.

WHEREFORE, the Plaintiff, MATRIX SERVICE MID CONTINENT, INC., by and through its attorneys, Knapp, Ohl & Green, prays that judgment be entered against Defendant, AREA RIGGING & MILLWRIGHT SERVICE, INC., in the sum of $405,201.83 together with interest, costs, and such other relief this Court deems just and proper.

## COUNT II – QUANTUM MERUIT

Comes now Plaintiff, MATRIX SERVICE MID CONTINENT, INC., by and through its attorneys, Knapp, Ohl & Green, and for Count II of its Complaint against Defendant, AREA RIGGING & MILLWRIGHT SERVICE, INC., in the alternative, states as follows:

1. Plaintiff is an Oklahoma corporation with its principal place of business in Bristol, Pennsylvania.

2. Upon information and belief, Defendant, Area Rigging & Millwright Service, Inc. (hereinafter referred to as "Area Rigging"), is an Illinois corporation with its principal place of business in Rockford, Illinois.

3. The amount of damages sought by Plaintiff in this matter exceeds $75,000.

4. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332.

5. Plaintiff provided labor, materials and consumables in the erection of air inlets, exhaust duct work, exhaust stack and filter houses on the Indeck Rockford Energy Center project in Rockford, Illinois.

6. The labor, materials and consumables provided by the Plaintiff were for the benefit of Area Rigging.

7. Area Rigging has failed to pay the Plaintiff in full for all of the labor, materials and consumables provided by the Plaintiff on the Indeck Rockford Energy Center project.

8. Area Rigging's retention of the labor, materials and consumables provided by the Plaintiff without giving the Plaintiff compensation in exchange is unjust.

9. Plaintiff has suffered damages in the amount of $405,201.83, the reasonable amount of the services provided to Area Rigging by the Plaintiff.

WHEREFORE, the Plaintiff, MATRIX SERVICE MID CONTINENT, INC., by and through its attorneys, Knapp, Ohl & Green, prays that judgment be entered against

Defendant, AREA RIGGING & MILLWRIGHT SERVICE, INC., in the sum of $405,201.83 together with interest, costs, and such other relief this Court deems just and proper.

## COUNT III – ACTION ON BOND

Comes now Plaintiff, MATRIX SERVICE MID CONTINENT, INC., by and through its attorneys, Knapp, Ohl & Green, and for Count III of its Complaint against Defendants, AREA RIGGING & MILLWRIGHT SERVICE, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY, states as follows:

1. Plaintiff is an Oklahoma corporation with its principal place of business in Bristol, Pennsylvania.

2. Upon information and belief, Defendant, Area Rigging & Millwright Service, Inc. (hereinafter referred to as "Area Rigging"), is an Illinois corporation with its principal place of business in Rockford, Illinois.

3. Upon information and belief, Defendant, United States Fidelity and Guaranty Company, is a Maryland corporation with its principal place of business in Baltimore, Maryland.

4. The amount of damages sought by Plaintiff in this matter exceeds $75,000.

5. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332.

6. Plaintiff entered into a contract with Area Rigging whereby Plaintiff

provided labor, materials and consumables in the erection of air inlets, exhaust duct work, exhaust stack and filter houses on the Indeck Rockford Energy Center project in Rockford, Illinois.

7. Defendant, United States Fidelity and Guaranty Company, as Surety, executed a Subcontract Labor and Material Bond, bond number KD4859, for the Principal, Area Rigging, for labor and material applicable to the Indeck Rockford Energy Center project. A copy of the Subcontract Labor and Material Bond is attached hereto and incorporated herein as Exhibit A.

8. Plaintiff performed all of its obligations under its contract with Area Rigging.

9. Ninety days has passed since the Plaintiff last provided labor or supplied materials for the Indeck Rockford Energy Center Project, and Area Rigging has failed to make prompt payment to the Plaintiff in full for all of the labor, materials and consumables provided by the Plaintiff on the Indeck Rockford Energy Center project.

10. Plaintiff, as claimant under the Subcontract Labor and Material Bond, has suffered damages in the amount of $405,201.83, representing the sum justly due the Plaintiff.

WHEREFORE, the Plaintiff, MATRIX SERVICE MID CONTINENT, INC., by and through its attorneys, Knapp, Ohl & Green, prays that judgment be entered against Defendants, AREA RIGGING & MILLWRIGHT SERVICE, INC. and UNITED STATES FIDELITY AND GUARANTY COMPANY, in the sum of $405,201.83 together with interest, costs, and such other relief this Court deems just and proper.

## COUNT IV – MECHANICS LIEN

Comes now Plaintiff, MATRIX SERVICE MID CONTINENT, INC., by and through its attorneys, Knapp, Ohl & Green, and for Count IV of its Complaint against Defendants, AREA RIGGING & MILLWRIGHT SERVICE, INC.; GEMMA POWER SYSTEMS, L.L.C.; INDECK-ROCKFORD, L.L.C.; and ROCK RIVER VALLEY INDUSTRIAL PARK, INC., states as follows:

1. Plaintiff is an Oklahoma corporation with its principal place of business in Bristol, Pennsylvania.

2. Upon information and belief, Defendant, Area Rigging & Millwright Service, Inc. (hereinafter referred to as "Area Rigging"), is an Illinois corporation with its principal place of business in Rockford, Illinois.

3. Upon information and belief, Defendant, Gemma Power Systems, L.L.C. is a Connecticut limited liability company with its principal place of business in Glastonbury, Connecticut.

4. Upon information and belief, Defendant, Indeck-Rockford, L.L.C., is an Illinois limited liability company with its principal place of business in Rockford, Illinois.

5. Upon information and belief, Defendant, Rock River Valley Industrial Park, Inc., is an Illinois corporation with its principal place of business in Rockford, Illinois.

6. The amount of damages sought by Plaintiff in this matter exceeds $75,000.

7. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332.

8. Indeck-Rockford, L.L.C. leased property in Rockford, Illinois from Rock River Valley Industrial Park, Inc. and contracted with Gemma Power Systems, L.L.C. for improvement on the property, known as the Indeck Rockford Energy Center project.

9. Gemma Power Systems, L.L.C. contracted with Area Rigging, who, in turn, contracted with the Plaintiff for labor, materials and consumables in the erection of air inlets, exhaust duct work, exhaust stack and filter houses on the Indeck Rockford Energy Center project.

10. Plaintiff last provided labor or supplied materials for the Indeck Rockford Energy Center project on or about June 19, 2000.

11. Area Rigging has failed to make prompt payment to the Plaintiff in full for all of the labor, materials and consumables provided by the Plaintiff on the Indeck Rockford Energy Center project.

12. Plaintiff served Indeck-Rockford, L.L.C. and Rock River Valley Industrial Park, Inc. with a Notice of Claim via certified mail, return receipt requested, on September 15, 2000. A copy of the Notice of Claim is attached hereto and incorporated herein as Exhibit B.

13. Plaintiff has suffered damages in the amount of $405,201.83 and pursuant to 770 ILCS 60/28, Plaintiff is entitled to a personal judgment in this amount against the Defendants.

WHEREFORE, the Plaintiff, MATRIX SERVICE MID CONTINENT, INC., by and through its attorneys, Knapp, Ohl & Green, prays that judgment be entered against Defendants, AREA RIGGING & MILLWRIGHT SERVICE, INC.; GEMMA POWER SYSTEMS, L.L.C.; INDECK-ROCKFORD, L.L.C.; and ROCK RIVER VALLEY

7

INDUSTRIAL PARK, INC., in the sum of $405,201.83 together with interest, costs, and such other relief this Court deems just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS**

By: _____

Kevin Luther
Heyl, Royster, Voelker & Allen
321 W. State Street, #1015
P.O. Box 1288
Rockford, Illinois 61105
(815) 963-4454
(815) 963-0399 FAX



EXHIBIT A

# UNITED STATES FIDELITY AND GUARANTY COMPANY

(A Stock Company)

## SUBCONTRACT LABOR AND MATERIAL BOND

BOND NUMBER KD4859

KNOW ALL MEN BY THESE PRESENTS:

That Area Rigging & Millwright Service, Division of Patrick Holdings, Inc., 5894 Sandy Hollow Road, Rockford, IL 61109

hereinafter called Principal, and UNITED STATES FIDELITY AND GUARANTY COMPANY, a corporation organized and existing under the laws of the State of Maryland, as Surety, hereinafter called Surety, are held and firmly bound unto Gemma Power Systems, LLC 2461 Main St., Glastonbury, CT 06033

as Principal,

as Obligee, hereinafter called Obligee,

for the use and benefit of claimants as hereinbelow defined, in the amount of

Two Million Twenty-two Thousand Three Hundred Eighteen and 00/100 Dollars ($ 2,022,318.00 ), for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated 23rd day of February, 2000

entered into a subcontract with Obligee for Indeck Rockford Energy Center.

in accordance with drawings and specifications prepared by Doyen & Associates, Inc., 300 W. Adams St., Suite 1000 Chicago, IL 60606

which subcontract is by reference made a part hereof, and is hereafter referred to as the subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION is such that, if the Principal shall promptly make payment to all claimants as hereinafter defined, for all labor and material used or reasonably required for use in the performance of the subcontract, then this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

(1) A claimant is defined as one having a direct contract with the Principal for labor, material, or both, used or reasonably required for use in the performance of the contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the subcontract.

(2) The above-named Principal and Surety hereby jointly and severally agree with the Obligee that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due claimant, and have execution thereon. The Obligee shall not be liable for the payment of any costs or expenses of any such suit.

(3) No suit or action shall be commenced hereunder by any claimant,

(a) After the expiration of one (1) year following the date on which Principal ceased work on said subcontract it being understood, however, that if any limitation embodied in this bond is prohibited by any law controlling the construction hereof such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.

(b) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part thereof, is situated, and not elsewhere.

(4) The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this 5th day of April A. D., 2000

Area Rigging & Millwright Service, Div. of Patrick Holdings, Inc.

By *Linda Patrick*
Principal

UNITED STATES FIDELITY AND GUARANTY COMPANY

By *Julie Tresemer*
Julie Tresemer, Attorney-in-Fact

# The St Paul

## POWER OF ATTORNEY

Seaboard Surety Company
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company

United States Fidelity and Guaranty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.

Power of Attorney No.    20123    Certificate No.    70448

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, and that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, and that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, and that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin *(herein collectively called the "Companies")*, and that the Companies do hereby make, constitute and appoint

Steven R. Johnson, David E. Raht, John C. Pick, David L. Townsend, Burton A. Beilfuss, Jr., Linda L. Johnson, Judy Colson, Judith L. Zier, Connie L. Marty and Julie Tresemer

of the City of ____Rockford____, State ____Illinois____, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety to, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF,** the Companies have caused this instrument to be signed this __18th__ day of __March__, __1999__.

Seaboard Surety Company
St. Paul Fire and Marine Insurance Company
St. Paul Guardian Insurance Company
St. Paul Mercury Insurance Company

United States Fidelity and Guaranty Company
Fidelity and Guaranty Insurance Company
Fidelity and Guaranty Insurance Underwriters, Inc.



MICHAEL B. KEEGAN, Vice President

MICHAEL R. MCKIBBEN, Assistant Secretary

State of Maryland
City of Baltimore

On this __18th__ day of __March__, __1999__, before me, the undersigned officer, personally appeared Michael B. Keegan and Michael R. McKibben, who acknowledged themselves to be the Vice President and Assistant Secretary, respectively, of Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, United States Fidelity and Guaranty Company, Fidelity and Guaranty Insurance Company, and Fidelity and Guaranty Insurance Underwriters, Inc. and that they, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing the names of the corporations by themselves as duly authorized officers.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 13th day of July, 2002.



REBECCA EASLEY-ONOKALA, Notary Public

86203 Ed. 5-99 Printed in U.S.A.

STATE OF ILLINOIS

COUNTY OF WINNEBAGO

Before me, a Notary Public, personally came Julie Tresemer known to me, and known to be the Attorney-in-Fact of United States Fidelity and Guaranty Company, a corporation in the State of Maryland which executed the attached bond as Surety, who deposed and said that his signature and the corporate seal of the said Surety were affixed by order and authority of said Surety's Board of Directors, and that the execution of the attached bond is the free act and deed of said Surety.

Given under my hand and seal this 5th day of April, 2000.

_____
Notary Public

"OFFICIAL SEAL"
LINDA L JOHNSON
Notary Public, State of Illinois
My Commission Expires 06/22/03



EXHIBIT
B

# NOTICE OF CLAIM

**TO:** Rock River Valley Industrial Park, Inc.; Indeck-Rockford, L.L.C.; and Amcore Bank N.A. Rockford

You are hereby notified that Matrix Service Mid Continent, Inc was employed by Area Rigging & Millwright Service to furnish labor, materials and consumables in the erection of air inlets, exhaust ductwork, exhaust stack and filter house under Area Rigging and Millwright Service's contract with Gemma Power Systems, who contracted with Indeck-Rockford, L.L.C., on the property of Rock River Valley Industrial Park, Inc. at:

> Part of the Southeast Quarter of Section 34, Township 44 North, Range 1 East of the Third Principal Meridian, bounded and described as follows, to-wit: Beginning at the Northeast corner of the premises conveyed by the Quaker Oats Company to the City or Rockford by Deed recorded as Microfilm Number 88-02-2047 in the Recorder's Office of Winnebago County, Illinois, said point described as 2276.02 feet West of the Northeast corner of Block 8 as designated upon the Plat of Rockford Sand and Gravel Company's Subdivision, the Plat of which is recorded in Book 11 of Plats on Page 32 in the Recorder's Office of Winnebago County, Illinois; thence North 88 degrees 42 minutes 12 seconds East, along the North line of the Plat of Rockford Sand and Gravel Company's Subdivision, a distance of 724.84 feet, to the West line of the premises conveyed by the Quaker Oats Company to Birney Grantz, by Deed recorded as Microfile Number 83-18-1019 in said Recorder's Office; thence South 00 degrees 38 minutes 28 seconds East, along said West line, a distance of 436.60 feet; thence South; 88 degrees 42 minutes 48 seconds West, a distance of 78.64 feet; thence South 00 degrees 19 minutes 45 seconds East, a distance of 640.87 feet; thence South 82 degrees 15 minutes 17 seconds West, a distance of 86.78 feet; thence South 04 degrees 16 minutes 41 seconds East, a distance of 253.00 feet; thence South 01 degrees 23 minutes 48 seconds West, a distance of 342.59 feet; to the North right-of-way line of Harrison Avenue; thence South 88 degrees 36 minutes 12 seconds West, a distance of 123.73 feet to the East line of the premises conveyed by The Quaker Oats Company to the State of Illinois by Deed recorded as Microfile No. 74-13-1431 in said Recorder's Office; thence North 02 degrees 14 minutes 20 seconds West along the East line of said premises so conveyed, a distance of 60.01 feet to the North right-of-way line of Harrison Avenue; thence South 88 degrees 36 minutes 12 seconds West, along the North right-of-way line of Harrison Avenue, a distance of 238.42 feet to the East line of the premises conveyed by The Quaker Oats Company to the City of Rockford by Deed recorded as Microfile No. 88-02-2047 recorded in said Recorder's Office of Winnebago County; thence North 02 degrees 34 minutes 17 seconds

East along said East line, a distance of 550.98 feet; thence, continuing North 20 degrees 56 minutes 45 seconds West, along the East line of said premises conveyed as Microfile No. 88-02-2047, a distance of 408.64 feet; thence, continuing along the East line of said premises, North 18 degrees 01 minutes 57 seconds West, a distance of 268.29 feet; thence, continuing along the East line of said premises, North 03 dgrees 35 minutes 18 seconds West, a distance of 431.81 feet to the point of beginning, situated in the County of Winnebago and State of Illinois.

and that there is due to Matrix Service Mid Continent, Inc. therefore, the sum of $455,201.79. Matrix Service Mid Continent, Inc. claims a lien therefore against the above-described property, against your interest therein, and any money due from you to the contractor.

Dated at Glen Carbon, Illinois, this 15th day of September, 2000.

Matrix Service Mid Continent, Inc.

By: *(signature)*

WILLIAM J. KNAPP, #06191199
KNAPP, OHL & GREEN
Attorneys for Matrix Service
22 Ginger Creek Parkway, Suite A
P.O. Box 760
Glen Carbon, IL 62034
(618) 656-5088
(618) 656-5466 FAX

STATE OF ILLINOIS ) 
                             ) ss.
COUNTY OF MADISON )

        William J. Knapp, being first duly sworn, on oath depose and says that he served a true copy of the within notice by certified mail, with return receipt requested, and delivery limited to addressee only on September 15, 2000, to:

Thomas W. McParlan
Indeck-Rockford, L.L.C.
136 Harrison Avenue
Rockford, IL 61104

Donald L. Shriver
Agent for Rock River Valley Industrial Park, Inc.
401 W. State St., #701
Rockford, IL 61101

James Warsaw
President of Amcore Bank NA Rockford
501 7th St., #504
Rockford, IL 61104

                                                    _____
                                                             William J. Knapp

Subscribed and sworn to before me this 15th day of September, 2000.

                                                          _____
"OFFICIAL SEAL"
DONNA HANS
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES MAR. 13, 2002
                                                          Notary Public

FILED-WD UNITED STATES DISTRICT COURT
01 FEB 27 PM 4:14 NORTHERN DISTRICT OF ILLINOIS
CLERK
U.S. DISTRICT COURT

# Civil Cover Sheet  01C50068

| | |
|---|---|
| **Plaintiff(s):** MATRIX SERVICE MID CONTINENT, INC. | **Defendant(s):** AREA RIGGING & MILLWRIGHT SERVICE, INC.; GEMMA POWER SYSTEMS, L.L.C.; INDECK-ROCKFORD, L.L.C.; ROCK RIVER VALLEY INDUSTRIAL PARK, INC.; and UNITED STATES FIDELITY AND GUARANTY COMPANY |
| County of Residence: State of Oklahoma and State of Pennsylvania | County of Residence: Winnebago County, Illinois |
| Plaintiff's Atty: Kevin Luther<br>Heyl, Royster, Voelker & Allen<br>321 W. State Street, #1015<br>Rockford, Illinois 61105 | Defendant's Atty: |

II. Basis of Jurisdiction:   4. Diversity (complete item III)

III. Citizenship of
Principle Parties (Diversity
Cases Only)
   Plaintiff:- 5 Non IL corp and Principal place of Business outside IL
   Defendant:- 4 IL corp or Principal place of Bus. in IL

IV. Origin :   1. Original Proceeding

V. Nature of Suit:   190 Other Contract

VI. Cause of Action:   Breach of Contract, Quantum Meruit, Action on Bond, and Mechanics Lien

VII. Requested in Complaint
   Class Action: No
   Dollar Demand: $405,201.83
   Jury Demand: Yes

DOCKETED
FEB 28 2001

1

VIII. This case **Is NOT** a refiling of a previously dismissed case. (If yes case number __ by Judge __)

Signature: _____

Date: 2/27/01

Kevin Luther
Heyl, Royster, Voelker & Allen
321 W. State Street, #1015
P.O. Box 1288
Rockford, Illinois 61105
(815) 963-4454
(815) 963-0399 FAX

2